

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00673-CR

Endee Raejean **STELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CR-4630
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 23, 2025.

_____
Velia J. Meza, Justice